# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of December, two thousand and thirteen.

Before: Ralph K. Winter,
        *Circuit Judge.*

_____

  United States Securities and Exchange Commission,

    Plaintiff - Appellee,

  v.

  Rajat K. Gupta,

    Defendant - Appellant,

  Raj Rajaratnam,

    Defendant.

**ORDER**
Docket No. 13-3062

_____

    Appellee's counsel moves for a thirty-day extension of time until March 5, 2014, to file Appellee's principal brief.

    IT IS HEREBY ORDERED that the motion is GRANTED. No further extensions will be granted.

                                                    For the Court:
                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court

