WILMERHALE

June 4, 2014

**By ECF**

**Megan Barbero**

+1 202 663 6847 (t)
+1 202 663 6363 (f)
megan.barbero@wilmerhale.com

Ms. Ahronda Crossman
Case Manager
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Court House
40 Foley Square
New York, NY 10007

Re: *Securities and Exchange Commission v. Gupta*, No. 13-3062

Dear Ms. Crossman:

Please take notice that I hereby withdraw as counsel for Rajat K. Gupta in the above-captioned matter. As of June 6, 2014, I will no longer be employed by Wilmer Cutler Pickering Hale and Dorr LLP. Wilmer Cutler Pickering Hale and Dorr LLP will continue as counsel for Mr. Gupta.

Sincerely,

/s/ Megan Barbero
Megan Barbero

cc: All counsel of record (by ECF)